**EXHIBIT NO. 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

| | |
|---|---|
| VISANJI GALA and JAYA GALA<br><br>Plaintiffs,<br><br>v.<br><br>TESLA MOTORS TN, INC., and TESLA MOTORS, INC.,<br><br>Defendants. | Civil Action No.: 2:20-cv-02265-SHM-tmp<br><br>JURY DEMANDED |

**DECLARATION OF VICTOR BARCLAY IN SUPPORT OF THE MOTION OF TESLA MOTORS TN, INC. AND TESLA, INC. TO COMPEL ARBITRATION AND FOR DISMISSAL**

# EXHIBIT NO. 2

I, Victor Barclay, declare as follows:

1. I am a Senior Manager of Software Engineering at Tesla, Inc. ("Tesla"), where I have been employed for more than ten years. My job responsibilities consist of software development and implementation, including with respect to Tesla's website. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify, could and would testify competently thereto.

2. Tesla customers who want to lease a vehicle on Tesla's website generally start that process by placing an order for their vehicle online. To do so, customers select their vehicle model and options, provide payment and other details, and then click on a button labeled "Place Order." By September 2019, the "Place Order" button was accompanied by language stating "By clicking 'Place Order' I agree to the Model S Order Agreement,[1] Supercharger Fair Use Policy, the Customer Privacy Policy and consent to be contacted at the number provided with more information or offers about Tesla products." At the time of Plaintiff Visanji Gala's order, the text "Model S Order Agreement" was hyperlinked to a copy of that agreement, as indicated by blue text, giving customers the opportunity to review the agreement before clicking the "Place Order" button.

3. An example Order Payment webpage, substantially identical to the page used to place an order for Visanji Gala's Model S, is attached as **Exhibit A**. A close-up view of the "Place Order" button and accompanying language is attached as **Exhibit B**.

4. The hyperlink to the "Model S Order Agreement" is to Tesla's "Motor Vehicle Order Agreement." The current version is available online at https://www.tesla.com/order/download-order-agreement?country=US. A true and correct copy of the "Motor Vehicle Order Agreement" is attached as **Exhibit C.**

///

//

---

[1] If the customer orders a different vehicle, such as Model X or Model 3, the "Place Order" language references the Model X Order Agreement or Model 3 Order Agreement, as applicable, and includes hyperlinks to the respective agreement.

1

1 | I declare under penalty of perjury under the laws of the United States of America that this
2 | Declaration is true and correct.  Executed on this 15th day of May 2020 in Redwood City,
3 | California.

/s/ Victor Barclay
Victor Barclay