**Exhibit A to Barclay Declaration ISO Tesla's Motion to Compel Arbitration**