**Exhibit B to Barclay Declaration ISO Tesla's Motion to Compel Arbitration**

By clicking "Place Order" I agree to the Model S Order Agreement, Supercharger Fair Use Policy, the Customer Privacy Agreement, and consent to be contacted at the number provided with more information or offers about Tesla products. I understand these calls or texts may use automated dialing or pre-recorded messages. I understand my consent to be contacted is not a condition of purchase.

View additional information

PLACE ORDER