**Exhibit D to Gough Declaration ISO Tesla's Motion to Compel Arbitration**

