# Document Activity History Report

Requestor: Jake Gough
Request Date: 05/14/2020 09:18:49 PM EDT
Requestor Organization: Tesla, Inc.

**Transaction**
Transaction ID: RN109575129
Vault ID: 600791216

**Document**
Document ID: Tesla Leasing
Vault ID: 600791217
Creation Date: 10/10/2019 12:59:09 PM EDT
eCertainty® Validated On: 05/14/2020 09:14:14 PM EDT
Vault Type: Retained Copy
Owning Organization: Tesla, Inc.

| Date | Action | Recorded By | Participant | IP Address | Audit |
|---|---|---|---|---|---|
| 05/14/2020 09:14:14 PM EDT | Returned Watermarked Copy | Command Center | Jake Gough <jgough@tesla.com> | 98.202.36.64 | |
| 05/14/2020 08:43:23 PM EDT | Returned Watermarked Copy | Command Center | Jake Gough <jgough@tesla.com> | 98.202.36.64 | |
| 05/14/2020 08:40:06 PM EDT | Returned Watermarked Copy | Command Center | Jake Gough <jgough@tesla.com> | 98.202.36.64 | |
| 05/14/2020 08:38:38 PM EDT | Returned Watermarked Copy | Command Center | Jake Gough <jgough@tesla.com> | 98.202.36.64 | |
| 12/31/2019 05:09:42 PM EST | Created Retention Copy | Command Center | Alexis Bejarano <abejarano@tesla.com> | 209.133.79.6 | X |
| 12/31/2019 05:08:25 PM EST | Confirmed Transfer of Control from Tesla, Inc. to Tesla Lease Trust (LML 2018 Warehouse Vault) | Command Center | Alexis Bejarano <abejarano@tesla.com> | 209.133.79.6 | X |
| 12/31/2019 05:06:58 PM EST | Accepted Transfer of Control from Tesla, Inc. to Tesla Lease Trust (LML 2018 Warehouse Vault) | Command Center | eCore System Account <support@eoriginal.com> | N/A | X |
| 12/31/2019 05:06:56 PM EST | Initiated Transfer of Control from Tesla, Inc. to Tesla Lease Trust (LML 2018 Warehouse Vault) | Command Center | Alexis Bejarano <abejarano@tesla.com> | N/A | X |
| 10/14/2019 01:20:00 PM EDT | Returned Watermarked Copy | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | |
| 10/14/2019 01:19:25 PM EDT | Returned Watermarked Copy | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | |
| 10/14/2019 01:19:00 PM EDT | Returned Watermarked Copy | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | |
| 10/14/2019 01:18:49 PM EDT | Authenticated with Email Link | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/14/2019 11:24:06 AM EDT | Returned Watermarked Copy | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | |
| 10/14/2019 11:23:49 AM EDT | Authenticated with Email Link | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/11/2019 06:31:37 PM EDT | Sent Participant Completion Receipt | SmartSign Web | eCore System Account <support@eoriginal.com> | 75.66.64.43 | |
| 10/11/2019 06:31:37 PM EDT | Sent All Participant Completion Receipt | SmartSign Web | eCore System Account <support@eoriginal.com> | N/A | |
| 10/11/2019 06:31:36 PM EDT | Returned Watermarked Copy | SmartSign Web | eCore System Account <support@eoriginal.com> | N/A | |
| 10/11/2019 06:31:23 PM EDT | Authenticated with Email Link | SmartSign Web | Visanji Gala <vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/11/2019 06:21:50 PM EDT | Returned Watermarked Copy | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |
| 10/11/2019 06:21:47 PM EDT | Changed Document Status from Generated to Signed | SmartSign Web | eCore System Account <support@eoriginal.com> | N/A | |
| 10/11/2019 06:21:47 PM EDT | Reviewed Document | SmartSign Web | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | X |
| 10/11/2019 06:21:41 PM EDT | Presented Review Copy | SmartSign Web | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | X |
| 10/11/2019 06:21:41 PM EDT | Returned Watermarked Copy | SmartSign Web | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |
| 10/11/2019 06:21:40 PM EDT | Provided eRecords Consent | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | X |
| 10/11/2019 06:21:40 PM EDT | Verified with Command Center Credentials | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | X |
| 10/11/2019 06:21:01 PM EDT | Created Signed Version | SmartSign Web | Visanji Gala <Vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/11/2019 06:21:01 PM EDT | Signature Areas Acknowledged | SmartSign Web | Visanji Gala <Vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/11/2019 06:17:55 PM EDT | Presented Review Copy | SmartSign Web | Visanji Gala <Vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/11/2019 06:17:55 PM EDT | Returned Watermarked Copy | SmartSign Web | Visanji Gala <Vtg@galaengineering.com> | 75.66.64.43 | |
| 10/11/2019 06:17:54 PM EDT | Provided eRecords Consent | SmartSign Web | Visanji Gala <Vtg@galaengineering.com> | 75.66.64.43 | X |

# Document Activity History Report

| Date | Action | Recorded By | Participant | IP Address | Audit |
|---|---|---|---|---|---|
| 10/11/2019 06:17:54 PM EDT | Authenticated with Email Link | SmartSign Web | Visanji Gala <Vtg@galaengineering.com> | 75.66.64.43 | X |
| 10/11/2019 06:07:25 PM EDT | Returned Watermarked Copy | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |
| 10/10/2019 12:59:25 PM EDT | Created Unsigned Version | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |
| 10/10/2019 12:59:24 PM EDT | Merged Form Fields | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |
| 10/10/2019 12:59:09 PM EDT | Created Unsigned Version | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |
| 10/10/2019 12:59:09 PM EDT | Created Document | Command Center | Ashley Kaur <jasprkaur@tesla.com> | 209.133.79.7 | |

## Additional Event Information

| Date | Action | Additional Information |
|---|---|---|
| 12/31/2019 05:08:25 PM EST | Confirmed Transfer of Control | Batch Name=P13, ID=10767146, Transferred From=Tesla, Inc., Transferred To=Tesla Lease Trust (LML 2018 Warehouse Vault) |
| 12/31/2019 05:06:58 PM EST | Accepted Transfer of Control | Batch Name=P13, ID=10767146 |
| 12/31/2019 05:06:56 PM EST | Initiated Transfer of Control | Batch Name=P13, ID=10767146 |
| 10/14/2019 01:18:49 PM EDT | Authenticated with Email Link | User-Agent=Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36 |
| 10/14/2019 11:23:49 AM EDT | Authenticated with Email Link | User-Agent=Mozilla/5.0 (iPhone; CPU iPhone OS 12_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.2 Mobile/15E148 Safari/604.1 |
| 10/11/2019 06:31:23 PM EDT | Authenticated with Email Link | User-Agent=Mozilla/5.0 (iPhone; CPU iPhone OS 12_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.2 Mobile/15E148 Safari/604.1 |
| 10/11/2019 06:21:40 PM EDT | Provided eRecords Consent | Terms-Version=5.0.0 |
| 10/11/2019 06:21:40 PM EDT | Verified with Command Center Credentials | User-Agent=Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 |
| 10/11/2019 06:17:54 PM EDT | Provided eRecords Consent | Terms-Version=5.0.0 |
| 10/11/2019 06:17:54 PM EDT | Authenticated with Email Link | User-Agent=Mozilla/5.0 (iPhone; CPU iPhone OS 12_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.2 Mobile/15E148 Safari/604.1 |
| 10/10/2019 12:59:09 PM EDT | Created Document | Document Type=Tesla Leasing |

## Signature Information

| Details | Digital Certificate Information |
|---|---|
| **Block:** Vault Tamper Seal<br>**Date:** 10/11/2019 06:21:01 PM EDT | **Issued to:** eOriginal, Inc<br>**Issued by:** Entrust, Inc. |

This Document Activity History Report was produced for the document identified by eCore Document ID 600791217 on 05/14/2020 09:18:49 PM EDT by the eCore® software, operated for Tesla, Inc. This Document Activity History Report is provided in support of a Certificate regarding either: (i) the Paper Out® export of an Electronic Original® document; or (ii) the production of a Certified Print® copy for legal purposes. This Document Activity History Report may also have been provided when an independent request for this document history was made. The digital signature on this document confirms the state of the events recorded for the document as of the date and time of the request of this report. Additionally, a digital signature confirms that any action marked AUDIT has not been altered since the action occurred. Trademarks are property of eOriginal, Inc. All rights reserved.

Signed by: **eCore®** on May 14, 2020